USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1150 DERRICK ANDERSON, Plaintiff, Appellant, v. TOWER RECORDS, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Edward F. Harrington, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Boudin and Lynch, Circuit Judges. ______________ ____________________ Derrick Anderson on brief pro se. ________________ ____________________ ____________________ Per Curiam. Derrick Anderson appeals pro se the ___________ ___ __ dismissal, on remand, of his claims against Tower Records, two Tower Records security guards, their supervisor, and "any other respondeat superiors" brought pursuant to 42 U.S.C.  1983. The district court earlier dismissed the claims as frivolous within the meaning of 28 U.S.C. 1915(d) because Anderson failed to state facts showing that defendants acted under "color of law." We vacated the dismissal, ruling that Anderson should be afforded the opportunity to replead. Anderson v. Tower Records, No. 95-1585, slip op. at 3-4 (1st ________ _____________ Cir. Nov. 8, 1995). In so ruling, we stressed that Anderson, in his original complaint, had not met the "color-of-law" requirement through adequate allegations of fact (let alone proof). Id. On remand, Anderson submitted a "Reiteration of ___ Civil Rights Complaint" which was not significantly different from his original complaint. Under the circumstances, and in light of the fact that Anderson was afforded the opportunity to amend, we think the district court properly dismissed the claims on the merits. Affirmed. _________ -2-